UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andre L. Kydala

PO Box 5537

Clinton NJ 08809

ALK2393

kydalalaw@aim.com

Attorney to the Debtor

In Re:

    BRET KLINGENER

**Order Filed on November 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    _____17-30917_____

Chapter:     _____13_____

Judge:       _____RG_____

Hearing date 11/15/2017 @ 10:30 a.m

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

    The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 7, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of _____THE DEBTOR_____ for a reduction of time for a hearing on _____CONTINUATION OF THE AUTOMATIC STAY_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __November 15, 2017__ at __10:30__ am in the United States Bankruptcy Court, _____50 Walnut Street Newark NJ_____, Courtroom No. __3-E__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_____50 Walnut Street Newark, NJ 07102_____
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

2

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*