| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**LAW FIRM OF**<br>**ANDRE L. KYDALA**<br>**54 Old Highway 22**<br>**P.O. Box 5537**<br>**Clinton, New Jersey  08809**<br>**Attorney For Debtor**<br>kydalalaw@aim.com | Order Filed on November 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:  Bret Klingener<br><br>**Debtor.** | Case No.:17- 30917<br><br>Hearing Date:  11/15/2017<br><br>Judge: RG |

### ORDER CONTINUING THE AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: November 30, 2017**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Bret Klingener

Case No.: 17-30917

**Caption of Order: ORDER CONTINUING AUTOMATIC STAY**

_____

        The within matter having come before the Court by way of Motion by the Debtor : Bret Klingener  continue the automatic stay in order to reorganize the arrears that exist in their home mortgage,

        IT IS ORDERED as follows:

    The automatic stay is hereby continued as to Quicken Loans or its assigns