UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LAW FIRM OF
ANDRE L. KYDALA
54 Old Highway 22
P.O. Box 5537
Clinton, New Jersey  08809
Attorney For Debtor
kydalalaw@aim.com**

Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:  Bret Klingener

**Debtor.**

Case No.:17- 30917

Hearing Date:  11/15/2017

Judge: RG

## ORDER CONTINUING THE AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Bret Klingener

Case No.: 17-30917

**Caption of Order: ORDER CONTINUING AUTOMATIC STAY**

_____

The within matter having come before the Court by way of Motion by the Debtor :

Bret Klingener  continue the automatic stay in order to reorganize the arrears that exist in their

home mortgage,

IT IS ORDERED as follows:

The automatic stay is hereby continued as to Quicken Loans or its assigns

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30917-RG
Bret Klingener                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Dec 01, 2017
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db           +Bret Klingener,    221 Lake Dr,    Stanhope, NJ 07874-3009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
          Andre L. Kydala    on behalf of Debtor Bret  Klingener kydalalaw@aim.com,  kydalalaw@aim.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 4