UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on January 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

BRET KLINGENER

Case No.:  17-30917RG

Hearing Date:  1/3/2018

Judge:  ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 8, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 17-30917RG

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 01/03/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by 1/17/2018, the instant case shall be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that Debtor must provide the Trustee with an updated valuation on real property by 1/10/18 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that Debtor must provide the Trustee with 9/30/17 pay stub for both debtor and fiance by 1/10/18 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that must file amended Form 122C-1 and 122C-2, if applicable, by 1/10/18 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney.