| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br><br>IN RE:<br>   BRET KLINGENER | <br><br>Order Filed on January 8, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  17-30917RG<br><br>Hearing Date:  1/3/2018<br><br>Judge:  ROSEMARY GAMBARDELLA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 8, 2018**

*Rosemary Gambardella* (signature)
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 17-30917RG

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 01/03/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by 1/17/2018, the instant case shall be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that Debtor must provide the Trustee with an updated valuation on real property by 1/10/18 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that Debtor must provide the Trustee with 9/30/17 pay stub for both debtor and fiance by 1/10/18 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that must file amended Form 122C-1 and 122C-2, if applicable, by 1/10/18 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Bret Klingener  
    Debtor

Case No. 17-30917-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 09, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.  
db          +Bret Klingener,    221 Lake Dr,    Stanhope, NJ 07874-3009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:  
             Andre L. Kydala     on behalf of Debtor Bret  Klingener kydalalaw@aim.com,  kydalalaw@aim.com  
             Brian C. Nicholas     on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com  
             Marie-Ann  Greenberg     magecf@magtrustee.com  
             Rebecca Ann Solarz     on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
             U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 5