Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−30917−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bret Klingener
   221 Lake Dr
   Stanhope, NJ 07874

Social Security No.:
   xxx−xx−9984

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/7/18 at 09:00 AM

to consider and act upon the following:

*34* − Certification in Opposition to cert default (related document:32 Certification of Default of Standing Trustee. re: Fail to Comply with 1/8/2018 Interim Order on Confirmation Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/1/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Andre L. Kydala on behalf of Bret Klingener. (Kydala, Andre)

Dated: 1/31/18

                                                     Jeanne Naughton
                                                     Clerk, U.S. Bankruptcy Court