Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−30917−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bret Klingener
    221 Lake Dr
    Stanhope, NJ 07874

Social Security No.:
    xxx−xx−9984

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/7/18 at 09:00 AM

to consider and act upon the following:

*34* − Certification in Opposition to cert default (related document:32 Certification of Default of Standing Trustee. re: Fail to Comply with 1/8/2018 Interim Order on Confirmation Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/1/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Andre L. Kydala on behalf of Bret Klingener. (Kydala, Andre)

Dated: 1/31/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Bret Klingener  
    Debtor

Case No. 17-30917-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 31, 2018  
                              Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.
db        +Bret Klingener,   221 Lake Dr,   Stanhope, NJ 07874-3009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 22:45:53
         Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                                  TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:
        Andre L. Kydala    on behalf of Debtor Bret  Klingener kydalalaw@aim.com,  kydalalaw@aim.com
        Brian C. Nicholas    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Marie-Ann Greenberg     magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                           TOTAL: 5