UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____
Andre L. Kydala
PO Box 5537
Clinton NJ 08809
ALK2393

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
  Bret Klingener

Case No.: 17-30917
Chapter: 13
Judge: RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/11/2017_____ :

Property:    221 Lake Dr Stanhope NJ

Creditor:    Quicken Loans

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/3/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2