FILED
JEANNE A. NAUGHTON, CLERK
MAY 16 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| LAW FIRM OF |
| ANDRE L. KYDALA |
| 54 Old Highway 22 |
| P.O. Box 5537 |
| Clinton, New Jersey  08809 |
| Phone: (908) 735-2616 |
| ALK2393 |

In Re:  Bret Klingener

**Debtor.**

Case No.: 17-30917

Hearing Date:

Judge: RG

## INTERIM ORDER REINSTATING CASE AND ADJOURNING MOTION

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

May 16, 2018

_____
Vincent F. Papalia, U.S.B.J.

(Page 2)

**Debtor:** Klingener

**Case No.:** 17-30917

**Caption INTERIM ORDER REINSTATING CASE AND ADJOURNING MOTION**

---

The within matter having come before the Court by way of a motion filed by Andre L. Kydala Esq, seeking to reinstate the case

IT IS ORDERED, that effective immediately the Debtors case is temporarily reinstated until June 6 2018 in order to prevent a foreclosure sale scheduled for May 16 2018 and it is further

ORDERED that the motion to reinstate the Debtors case is adjourned until June 6 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Bret Klingener  
    Debtor

Case No. 17-30917-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 16, 2018  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.  
db    +Bret Klingener,   221 Lake Dr,   Stanhope, NJ 07874-3009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:  
     Andre L. Kydala    on behalf of Debtor Bret Klingener kydalalaw@aim.com, kydalalaw@aim.com  
     Brian C. Nicholas    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Marie-Ann Greenberg    magecf@magtrustee.com  
     Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 5